BENJAMIN B. WAGNER
United States Attorney
OLUSERE OLOWOYEYE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

FILED
JUL 31 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CORAL WILSON,
GLENN BARROWS,
JERMAINE NEWMAN,
FRANK LOBATOS,
KRISLEN BRIDGES,
RICHARD O'CONNELL, AND
MEUY LAI SAECHAO,

Defendants.

CASE NO. 2:14-CR-206 JAM

21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute Oxycodone; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Oxycodone; 21 U.S.C. § 856 – Maintaining a Drug Involved Premises; 18 U.S.C. § 924(c)(1) –Possession of Firearm in Furtherance of a Drug Trafficking Crime; 18 U.S.C. § 922(o)(1)—Possession of a Machinegun; 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) – Criminal Forfeiture

INDICTMENT

COUNT ONE: [21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute Oxycodone]

The Grand Jury charges: T H A T

CORAL WILSON,
GLENN BARROWS,
JERMAINE NEWMAN,
FRANK LOBATOS,
RICHARD O'CONNELL,
KRISLEN BRIDGES, AND
MEUY LAI SAECHAO,

defendants herein, between in or about December 2012, and continuing through on or about July 23,

2014, in the County of Sacramento, State and Eastern District of California, and elsewhere, did knowingly and intentionally conspire and agree with each other, and with other persons known and unknown to the Grand Jury, to distribute and to possess with intent to distribute oxycodone, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

The Grand Jury further charges: T H A T

JERMAINE NEWMAN,

committed this offense after he sustained prior felony drug convictions, specifically:

Possession of a Controlled Substance while Armed, in violation of Health & Safety Code Section 11370.1, in Case No. 06F04998, on or about August 28, 2006, in Sacramento County, California;

Possession of a Controlled Substance, in violation of Health & Safety Code Section 11350, in Case No. YOSUCRF 060003459002, on or about January 8, 2007, in Yolo County, California;

Possession/Purchase for Sale of a Controlled Substance, in violation of Health & Safety Code Section 11351, in Case No. 08F022963, on or about April 28, 2008, in Sacramento County, California.

The Grand Jury further charges: T H A T

FRANK LOBATOS,

committed this offense after he sustained a prior felony drug conviction, specifically:

Possession of Marijuana for Sale, in violation of Health & Safety Code Section 11359, in Case No. 11F07052, on or about November 1, 2011, in Sacramento County, California.

<u>COUNT TWO</u>: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Oxycodone]

The Grand Jury further charges: T H A T

CORAL WILSON, AND
GLENN BARROWS,

defendants herein, on or about July 23, 2014, in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute oxycodone, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT THREE</u>: [21 U.S.C. § 856 – Maintaining a Drug Involved Premises]

The Grand Jury further charges: T H A T

CORAL WILSON, AND
GLENN BARROWS,

defendants herein, on or about July 23, 2014, at 8965 Rosetta Circle, Sacramento, California, in the County of Sacramento, State and Eastern District of California, did knowingly maintain a place for the purpose of distributing controlled substances in violation of Title 21, United States Code, Section 856(a)(1).

COUNT FOUR: [18 U.S.C. § 924(c)(1) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime]

The Grand Jury further charges: T H A T

CORAL WILSON, and
GLENN BARROWS,

defendants herein, on or about July 23, 2014, in the County of Sacramento, State and Eastern District of California, did knowingly possess firearms, specifically:

One semiautomatic .40 caliber Glock handgun, Model 23, serial no. SBH401; and

One semiautomatic .40 caliber handgun, Springfield Arms, Model XD, serial no. XD583718

during and in relation to a drug trafficking offense for which they may be prosecuted in a court of the United States, namely, conspiracy to distribute and to possess with intent to distribute oxycodone as charged in Count One, and possession with intent to distribute oxycodone as charged in Count Two of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1).

COUNT FIVE: [18 U.S.C. § 922(o)(1) – Possession of a Machinegun]

The Grand Jury further charges: T H A T

CORAL WILSON, and
GLENN BARROWS,

defendants herein, on or about July 23, 2014, in the County of Sacramento, State and Eastern District of California, did knowingly possess a machinegun as defined in Title 26, United States Code, Section 5845(b), specifically one .223 caliber Spikes Tactical AR-15 assault weapon, serial no. CCR8066, with modified internal components enabling the firearm to be fully automatic, all in violation of Title 18, United States Code, Section 922(o)(1).

FORFEITURE ALLEGATION: [21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One through Three of

this Indictment, defendants CORAL WILSON, GLENN BARROWS, JERMAINE NEWMAN, FRANK LOBATOS, RICHARD O'CONNELL, KRISLEN BRIDGES, and MEUY LAI SAECHAO shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

a. All right, title, and interest in any and all property involved in violation of Title 21, United States Code, Sections 841(a)(1) or 856, or conspiracy to commit such offenses, for which defendants are convicted, and all property traceable to such property, including the following: all real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offenses; and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offenses.

b. A sum of money equal to the total amount of proceeds obtained as a result of the offenses, or conspiracy to commit such offenses, for which defendants are convicted.

2. Upon conviction of one or more of the offenses alleged in Counts Four and Five of this Indictment, defendants CORAL WILSON and GLENN BARROWS shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing or willful commission of the offenses.

3. If any property subject to forfeiture, as a result of the offenses alleged in this Indictment, for which defendants are convicted:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

//

//

//

//

//

//

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of defendants, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

CORAL WILSON,
GLENN BARROWS,
JERMAINE NEWMAN,
FRANK LOBATOS,
KRISLEN BRIDGES,
RICHARD O'CONNELL, and
MUEY LAI SAECHAO

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. § § 846, 841(a) (1) – Conspiracy to Distribute and to Possess with Intent to Distribute Oxycodone, 21 U.S.C. § 841 (a)(1) – Possession with Intent to Distribute Oxycodone;
21 U.S.C. § 856 – Maintaining a Drug Involved Premises;
18 U.S.C. § 924 (c) – Possession of Firearm in Furtherance of a Drug Trafficking Crime;
18 U.S.C. 922(o)(1) – Possession of a Machine Gun;
26 U.S.C. § 5861 (c) – Possession of a Destructive Device
21 U.S.C. § 853 (a), 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303 –Criminal Forfeiture

*A true bill,* /s/ Signature on file w/AUSA

*Foreman.*

*Filed in open court this* 31 *day*

*of* July, *A.D. 20* 14

*Clerk.*

*Bail, $* Defendants Wilson, Barrows, Newman + Lobatos - No Bail, previously ordered detained. Defendants Bridges, O'Connell + Saechao - Bond set, orders to remain in effect.

Dale A. Drozd

**United States v. Coral Wilson, et al.**
**Penalties for Indictment**

**Defendants**
**CORAL WILSON,**
**GLENN BARROWS,**
**JERMAINE NEWMAN,**
**FRANK LOBATOS,**
**RICHARD O'CONNELL,**
**KRISLEN BRIDGES, AND**
**MEUY LAI SAECHAO**

2:14-CR-206 JAM

**COUNT 1:** **ALL DEFENDANTS (EXCEPT FOR LOBATOS AND NEWMAN)**

VIOLATION: 21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to Distribute and to Possess with Intent to Distribute Oxycodone

PENALTIES: A maximum of up to 20 years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 1:** **FRANK LOBATOS AND JERMAINE NEWMAN (PRIOR DRUG FELONIES ALLEGED)**

VIOLATION: 21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to Distribute and to Possess with Intent to Distribute Oxycodone

PENALTIES: A maximum of up to 30 years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 6 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 2:** **CORAL WILSON AND GLENN BARROWS**

VIOLATION: 21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Oxycodone

PENALTIES: A maximum of 20 years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 3:** **CORAL WILSON AND GLENN BARROWS**

VIOLATION: 21 U.S.C. § 856 – Maintaining a Drug-Involved Premises

PENALTIES: Up to 20 years in prison; or
Fine of up to $500,000; or both fine and imprisonment
Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 4:** **CORAL WILSON AND GLENN BARROWS (AS TO HANDGUNS ONLY)**

VIOLATION: 18 U.S.C. § 924(c) - Possession of a Firearm in Furtherance of Drug Trafficking Crime

PENALTIES: A minimum of 5 years up to life in prison consecutive to the sentence on the drug trafficking charges; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 4:** **CORAL WILSON AND GLENN BARROWS (AS TO SEMIAUTOMATIC RIFLE)**

VIOLATION: 18 U.S.C. § 924(c) - Possession of a Firearm in Furtherance of Drug Trafficking Crime

PENALTIES: A minimum of 10 years up to life in prison consecutive to the sentence on the drug trafficking charges; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 5:** **CORAL WILSON AND GLENN BARROWS**

VIOLATION: 18 U.S.C. § 922(o)(1) – Possession of a Machinegun

PENALTIES: Not more than 120 months,
Not more than $250,000.00 fine or both

Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 6:** **GLENN BARROWS**

VIOLATION: 26 U.S.C. § 5861(c) – Possession of a Destructive Device

PENALTIES: Not more than 120 months,
Not more than $10,000 fine or both

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:** **all Defendants**

VIOLATION: 21 U.S.C. § 853(a) - Criminal Forfeiture

18 U.S.C. § 934(d)(1), 28 U.S.C. § 2461(c) - Criminal Forfeiture

PENALTIES: As stated in the charging document