**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

*Benjamin B. Wagner*
*United States Attorney*

501 I Street, Suite 10-100
Sacramento, CA 95814

Phone 916/554-2700
Fax 916/554-2900
TTD 916/554-2855

October 5, 2015

**BY HAND DELIVERY**
Shari Rusk

***Re:*** ***United States v. Richard O'Connell***
***CR.S 14-0206-JAM 6***

Dear Ms. Rusk:

This letter sets forth the terms of the deferred prosecution agreement between the United States and Richard O'Connell in the above-referenced matter as follows:

**DEFERRED PROSECUTION AGREEMENT**

1. On July 31, 2014, the defendant, Richard O'Connell, was charged by Indictment Number CR.S 14-0206-JAM with one count of a violation of Title 21, United States Code, Section 846 and 841(a)(1), conspiracy to distribute and possess with intent to distribute Oxycodone, between in or about December 2012, and continuing through on or about July 23, 2014. After an investigation of the offense, it appears that the interests of the United States, Mr. O'Connell. O'Connell's interests, and the interests of justice will be served by the following agreement.

2. In exchange for the defendant entering into this deferred prosecution agreement, the United States Attorney's Office for the Eastern District of California will move to continue this matter and will defer prosecution against Mr. O'Connell on this charge for one year beginning on **October 5, 2015**, provided that Mr. O'Connell abides by the conditions and requirements set forth below and agrees to appear in court as directed should she violate any of the conditions. The parties agree time under the Speedy Trial Act should be excluded from the date of this agreement through and including October 4, 2016, pursuant to 18 U.S.C. §3161(h)(2) [prosecution deferred by mutual agreement], Local Code TI.

3. Should Mr. O'Connell violate any of the conditions of this agreement, the United States Attorney's Office has the sole discretion to revoke or modify any conditions of this deferred prosecution agreement. The United States Attorney's Office may at any time within the one year period reinitiate prosecution for this offense and any other offense arising out of

conduct occurring within the aforementioned period of offense should the conditions of this agreement be violated. If the United States Attorney's Office decides to revoke, modify, or prosecute, the defendant will be furnished with notice specifying which conditions of this agreement have been violated.

4. If Mr. O'Connell remains in compliance with all of the terms and conditions of this agreement for one year, beginning on October 5, 2015, and ending on October 4, 2016, the United States Attorney's Office will move to dismiss CR.S 14-0206-JAM 6 against Mr. O'Connell, and no other prosecution for the offense charged in this matter will be pursued.

## CONDITIONS

1. Richard O'Connell shall not violate any federal, state, or local law.
2. Richard O'Connell, through his attorney, shall inform the United States Attorney's Office for the Eastern District of California, within seventy-two hours of being arrested or cited for a violation any federal, state or local law.
3. Richard O'Connell, through his attorney, shall notify the United States Attorney's Office for the Eastern District of California ten days prior to any change in residence.
4. Richard O'Connell is under continued pretrial supervision in the Eastern District of California and is subject to all of the supervision's terms and conditions until the case is dismissed against his.

## DEFENDANT'S ACKNOWLEDGMENTS AND WAIVERS

I, Richard O'Connell, assert and certify that I am aware that the Sixth Amendment to the United States Constitution provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I also am aware that Rule 48(b) of the Federal Rules of Criminal Procedure provides that the court may dismiss an indictment for unnecessary delay in filing an indictment or in bringing a defendant to trial. I am also aware that under the Speedy Trial Act, Title 18, United States Code, Section 3161(c)(1), the court may dismiss an indictment if trial is not commenced within seventy days of the date of filing of the information or the defendant's initial appearance before a judicial officer.

I hereby request that the United States Attorney's Office for the Eastern District of California defer prosecution of the charge in United States v. Richard O'Connell, Docket No. CR.S 14-0206-JAM 6. I agree and consent that any delay caused by this deferred prosecution shall be deemed necessary delay, and I waive any defense to such prosecution on the ground that such delay operated to deny my rights to a speedy trial under Rule 48(b) of the Federal Rules of Criminal Procedure and the Sixth Amendment of the Constitution, or to bar the prosecution by reason of the running of the statute of limitations for a period of months equal to the period of this agreement.

I hereby state that I have reviewed this agreement in its entirety and had it explained to me by my attorney. I understand the conditions of my deferred prosecution and agree that I will comply with them. I have considered this Deferred Prosecution Agreement carefully and reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it.

No other promises or inducements have been made to me, other than those contained in this Agreement. In addition, no one has threatened or forced me in any way to enter into this Deferred Prosecution Agreement. Finally, I am satisfied with the representation of my attorney in this case.

DATED: 10/5/15 By: Richard O'Connell

Richard O'Connell
Defendant

I have read this Deferred Prosecution Agreement and have discussed it fully with my client. The Deferred Prosecution Agreement accurately and completely sets forth the entirety of the agreement. I concur in my client's decision to agree to the terms as set forth in this Deferred Prosecution Agreement.

DATED: 10/5/15 By: Shari Rusk

SHARI RUSK
Attorney for Richard O'Connell

I accept and agree to this Deferred Prosecution Agreement on behalf of the United States Attorney's Office for the Eastern District of California.

DATED: 5 Oct 15

BENJAMIN B. WAGNER
United States Attorney

By: Jill Thomas

JILL THOMAS
Assistant U.S. Attorney