PHILLIP A. TALBERT
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CORAL WILSON,<br>Defendant. | CASE NO. 2:14-CR-00206 JAM<br><br>NOTICE OF REQUEST TO SEAL GOVERNMENT'S TWO-PAGE SENTENCING LETTER AND REQUEST TO SEAL DOCUMENTS |

Pursuant to Local Rule 141(b), the United States, by and through Assistant United States Attorney Paul Hemesath, provides notice that it is requesting to file under seal: (1) a two-page sentencing letter filed with the Court in connection with the criminal prosecution of defendant Coral Wilson based upon the grounds articulated in the government's Request to Seal Documents; and (2) a Request to Seal Documents. The government respectfully requests that these documents remain under seal until further Order of the Court.

The aforementioned documents were electronically transmitted to the Court on March 29, 2017.

/ / /

/ / /

/ / /

/ / /

/ / /

Copies of the documents served on counsel for Coral Wilson.

Dated: March 29, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ PAUL A. HEMESATH
PAUL A. HEMESATH
Assistant United States Attorney